UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: D. Brian Boggess<br>Attorney at Law, Bar No. 4537 | Case No. 2:21-ms-00060<br><br>ORDER OF SUSPENSION |

On August 23, 2021, the Court entered an Order to Show Cause ("OSC"), mailed via certified mail with a Certified Mail Return Receipt. (ECF No. 1.) However, the Order to Show Cause was returned by the United States Postal Service with the marking, "Returned to sender-No longer here." Regardless, the OSC provided Mr. Boggess with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. (ECF No. 1.) No response has been received from Mr. D. Brian Boggess. Failure to respond within thirty 30 days warrants an order of suspension. *See* LR IA 11-7.

It is therefore ordered that D. Brian Boggess, Bar No. 4537, is suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 28th Day of September 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 28th day of September 2021, I caused to be served a true and correct copy of the foregoing Order to Show Cause to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

> D. Brian Boggess
> 7495 W. Azure Drive, Suite 211
> Las Vegas, NV 89130

Certified Mail No.: 7019 2970 0000 1120 4894

> /s/ Lorena Q.
> Deputy Clerk
> United States District Court,
> District of Nevada